FILED: April 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 14-6139
(3:99-cr-00201-REP-3)
(3:13-cv-00656-REP)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

VALLIA CAROLYN FRIEND

Defendant - Appellant

---

J U D G M E N T

---

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK