```
  BECJO            *       INMATE DISCIPLINE DATA          *     09-28-2020
PAGE 001 OF 001  *     CHRONOLOGICAL DISCIPLINARY RECORD   *       11:37:13


REGISTER NO: 35685-083 NAME..: FRIEND, VALLIA CAROLYN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-28-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1884362 - SANCTIONED INCIDENT DATE/TIME: 06-23-2009 1725
UDC HEARING DATE/TIME: 06-30-2009 1315
FACL/UDC/CHAIRPERSON.: WAS/A/D A GP F/TOMSCHE
REPORT REMARKS.......: INVESTIGATION AND UDC WAS DELAYED DUE TO A MENTAL HEALTH
                       EXAMINATION.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
           COMP:    LAW:    LOSS OF COMMISSARY.




















  G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Case 3:99-cr-00201-HEH   Document 848-3   Filed 10/29/20   Page 1 of 1 PageID# 1744